UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-65(1) (DWF/KMM)

---

UNITED STATES OF AMERICA,

        Plaintiff,           Motion to File Motion Under Seal

v.

MICHAEL PATRICK COUPE,

        Defendant.

---

Motion

Michael Patrick Coupe respectfully requests that his motion to file under seal be granted.

Dated: September 7, 2018          Respectfully submitted,

        *s/ Rick E. Mattox*
        Rick E. Mattox, Attorney Reg. No. 0068731
        16670 Franklin Trail SE, Suite 250
        Prior Lake, Minnesota 55372
        (952) 469-2299
        Attorney for Appellant