## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-65(1) (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| Michael Patrick Coupe, | |
| Defendant. | |

This matter is before the Court upon the Defendant's Motions to Seal Documents. (Doc. Nos. 80, 84.) The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that the Motions to Seal Documents (Doc. Nos. [80], [84]) are **GRANTED**. The documents shall remain sealed until a date yet to be determined.

Dated:  September 7, 2018         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge